

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00383-CV

| | | |
|---|---|---|
| FROST BANK AND FROST BROKERAGE SERVICES, INC., Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-340969-23) |
| V. | § | March 6, 2025 |
| STURDI PACKAGING, INC., STURDI FOREST, L.P., AS SUCCESSOR IN INTEREST TO STURDI PACKAGING, INC., AND CHEMCRAFT (PTY) LTD., Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying arbitration. It is ordered that the trial court's order denying arbitration is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Sturdi Packaging, Inc.; Sturdi Forest, L.P., as Successor in Interest to Sturdi Packaging, Inc.; and Chemcraft (Pty) Ltd. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker